## Commonwealth *v.* Haley, Appellant.

Submitted April 12, 1971. *James Haley*, appellant, in propria persona; *Michael M. Palmisano*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.